IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiffs,             )<br>                                   )<br>     vs.                           )<br>                                   )<br>JOSE MARTIN RUESGA,                )<br>                                   )<br>          Defendant.               )<br>_____) | CR-F-03-5130 OWW<br><br>ORDER EXONERATING BOND |

On March 5, 2003, a Passport(Receipt 207359928) was posted for defendant Jose Martin Ruesga (Receipt 100 197202). The defendant was sentenced on December 21, 2005, before Judge Wanger. The passport is hereby ordered exonerated and shall be returned.

SO ORDERED.

IT IS SO ORDERED.

**Dated:   March 7, 2006**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm

1